Dominick Spinelli and John J. Spinelli, Respondents, v. Perry Kingston, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Max Kliger, Appellant, v. Samuel Rosenfeld and Morris Weisman, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Cummings, Appellant, v. Bernard J. Lenahan, Respondent, Impleaded with Margaret E. Kane and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James K. Holly, Appellant, v. Henry C. Copeland, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ninth National Bank of the City of New York, Appellant, v. Morris Moses and James T. Franklin, as Receivers, etc., of Lesser Brothers, and Others, Defendants. Ernest Werner, as Surviving Partner of Joseph & Werner, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Hall Davis, Appellant, v. Joseph G. Robin, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Estate of Henrick Geus, Deceased. Simon R. Sharpe, Appellant; Katie Geus, as Administratrix, etc., of Henrick Geus, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William Sauer, Appellant, v. George McAneny, as President of the Borough of Manhattan, the City of New York, and Rudolph P. Miller, as Superintendent of the Bureau of Buildings of the Borough of Manhattan, the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John D. Elwell and Company, Appellant, v. Acme Portland Cement Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clara A. Hotaling, Appellant, v. John W. Hotaling, Respondent.— Order affirmed. No opinion.

Thomas Lynch, Jr., Respondent, v. New York, Ontario and Western Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Cecelia W. Niles, as Administratrix, etc., of William Weston Niles, Deceased, Respondent, v. Leopold Winkler and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.